UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCKWELL AUTOMATION
TECHNOLOGIES, INC.,

        Plaintiff,                         Case No. 12-10274
                                                 HON. GEORGE CARAM STEEH

v.

SECURE CROSSING RESEARCH
AND DEVELOPMENT, INCORPORATED,

        Defendant.

_____/

ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (#11)

      Presently before the court is defendant's motion to extend time to answer or otherwise respond to plaintiff's complaint. Defendant argues it needs until March 30, 2012 to fully develop its response because plaintiff's patent is fifty pages long and contains thirty-two diagrams and fifty-two separate claims. Defendant represents that plaintiff did not agree with the requested extension but did not identify any prejudice that would result from the extension. Therefore, for the reasons set forth in defendant's motion, the court GRANTS the motion for an extension. Defendant is allowed until March 30, 2012 to answer or otherwise respond to the complaint.

      SO ORDERED.

Dated: March 12, 2012

                                               S/George Caram Steeh
                                               GEORGE CARAM STEEH
                                               UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 12, 2012, by electronic and/or ordinary mail.
<u>S/Marcia Beauchemin</u>
Deputy Clerk