UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCKWELL AUTOMATION
TECHNOLOGIES, INC.

          Plaintiff,

v.

SECURE CROSSING
RESEARCH & DEVELOPMENT,
INCORPORATED,

          Defendant.

Case No. 2:12-cv-10274-GCS-MKM

Honorable George Caram Steeh

Magistrate Judge Mona K. Majzoub

---

| | |
|---|---|
| HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>J. Michael Huget (P-39150)<br>Deborah J. Swedlow (P-67844)<br>130 South First Street 4th Floor<br>Ann Arbor, MI 48104-1386<br>Phone: (734) 418-4254<br>Fax: (734) 418-4255<br>mhuget@honigman.com<br>bswedlow@honigman.com | MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>Richard A. Gaffin (P-31406)<br>LeRoy L. Asher, Jr. (P-37972)<br>99 Monroe Ave NW Ste 1200<br>Grand Rapids, MI 49503<br>Phone: (616) 454-8656<br>Fax: (616) 776-6322<br>gaffin@millercanfield.com |
| CHADBOURNE & PARKE LLP<br>John M. Hintz (admission in E.D. Michigan pending)<br>Paul J. Tanck (admission in E.D. Michigan pending)<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Phone: (212) 408-5100<br>Fax: (212) 541-5369<br>jhintz@chadbourne.com<br>ptanck@chadbourne.com<br><br>**Attorneys for Plaintiff Rockwell Automation Technologies, Inc.** | THE WEINTRAUB GROUP, PLC<br>Arnold S. Weintraub (P22127)<br>David L. Oppenhuizen (P70219)<br>32000 Northwestern Hwy., Suite 240<br>Farmington Hills MI 48334<br>Phone: (248) 865-9430<br>aweintraub@weintraubgroup.com<br>doppenhuizen@weintraubgroup.com<br><br>**Attorneys for Defendant Secure Crossing Research & Development, Inc.** |

---

### NOTICE OF WITHDRAWAL OF COUNSEL

    Please take notice that Miller, Canfield, Paddock and Stone, PLC, Richard A. Gaffin and

Leroy Asher, Jr., Esq., co-counsel for Defendant Secure Crossing Research & Development Inc.,

withdraw as counsel in the above captioned matter. The Weintraub Group, PLC, Arnold S. Weintraub, and David L. Oppenhuizen remain counsel for Defendant.

    Respectfully submitted,

    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

    By:   /s/ Richard A. Gaffin
        Richard A. Gaffin (P31406)
        LeRoy L. Asher, Jr. (P37972)
        Attorneys for Defendant
        1200 Campau Square Plaza
        99 Monroe Avenue, N.W.
        Grand Rapids, MI  49503
        (616) 454-8656
        gaffin@millercanfield.com

Dated:  May 4, 2012

## CERTIFICATE OF SERVICE

    I hereby certify that on May 4, 2012, I electronically submitted the foregoing papers with the Clerk of the Court using the ECF system and the Court will send notification of such filing to the following parties:

    J. Michael Huget, Esq.
    Deborah J. Swedlow, Esq.
    130 South First Street 4th Floor
    Ann Arbor, MI 48104-1386
    mhuget@honigman.com
    bswedlow@honigman.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        Respectfully submitted,

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.


        By:  s/ Richard A. Gaffin
           Richard A. Gaffin (P31406)
           LeRoy L. Asher, Jr. (P37972)
           Attorneys for Defendant
           1200 Campau Square Plaza
           99 Monroe Avenue, N.W.
           Grand Rapids, MI  49503
           (616) 454-8656
           gaffin@millercanfield.com

Dated:  May 4, 2012

20,114,875.1\148295-00003