IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br><br>          *Plaintiff*,<br><br>     v.<br><br>SECURE CROSSING RESEARCH AND DEVELOPMENT INC.,<br><br>          *Defendant*. | Case No. 2:12-cv-10274-GCS-MKM<br><br>Honorable George Caram Steeh |

## APPEARANCE OF COUNSEL FOR PLAINTIFF

PLEASE TAKE NOTICE that Paul Tanck of the law firm of Chadbourne & Parke LLP, hereby enters his appearance as counsel on behalf of Plaintiff, Rockwell Automation Technologies, Inc., in the above-referenced matter.

|  |  |
|---|---|
| Dated:  May 14, 2012 | Respectfully submitted,<br><br>/s/      Paul Tanck<br><br>J. Michael Huget (P39150)<br>Deborah J. Swedlow (P67844)<br>HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>130 S. First Street – 4th Floor<br>Ann Arbor, MI  48104-1386<br>Tel:     734.418.4268<br>Fax:    734.418.4269<br>Email: mhuget@honigman.com<br>            bswedlow@honigman.com<br><br>OF COUNSEL:<br><br>Scott S. Balber<br>Paul J. Tanck<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY  10112 |

Tel.: (212) 408-5100
Fax: (212) 541-5369
Email: sbalber@chadbourne.com
ptanck@chadbourne.com

**COUNSEL FOR PLAINTIFF ROCKWELL AUTOMATION TECHNOLOGIES, INC.**

2:12-cv-10274-GCS-MKM   Doc # 23   Filed 05/14/12   Pg 2 of 3   Pg ID 142

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.


Dated: May 14, 2012                     /s/     Paul Tanck

                                              Paul Tanck
                                              CHADBOURNE & PARKE LLP
                                              30 Rockefeller Plaza
                                              New York, NY  10112
                                              Tel.:  (212) 408-5100
                                              Fax:  (212) 541-5369
                                              Email:  PTanck@chadbourne.com

                                              **ATTORNEY FOR PLAINTIFF**
                                              **ROCKWELL AUTOMATION TECHNOLOGIES, INC.**