# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION TECHNOLOGIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SECURE CROSSING RESEARCH AND DEVELOPMENT INC., <br><br> *Defendant*. | Case No. 2:12-cv-10274-GCS-MKM <br><br> Honorable George Caram Steeh |

## NOTICE OF COMPLIANCE WITH THE CASE MANAGEMENT ORDER DEADLINE FOR SERVICE OF PLAINTIFF ROCKWELL AUTOMATION TECHNOLOGIES, INC.'S PRELIMINARY INFRINGEMENT CONTENTIONS

Please take notice that pursuant to the May 11, 2012 "Rule 26(f) Report and Case Management Order" (Dkt. No. 22), plaintiff Rockwell Automation Technologies, Inc. served its "Preliminary Infringement Contentions" on defendant Secure Crossing Research and Development, Inc. with respect to United States Patent No. 7,990,967 on May 14, 2012.

Dated: May 14, 2011    /s/   Paul J. Tanck

        J. Michael Huget (P39150)
        Deborah J. Swedlow (P67844)
        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        130 S. First Street – 4th Floor
        Ann Arbor, MI  48104-1386
        Tel:    734.418.4268
        Fax:   734.418.4269
        Email: mhuget@honigman.com
                bswedlow@honigman.com

        OF COUNSEL:

        Scott S. Balber
        Paul J. Tanck
        CHADBOURNE & PARKE LLP
        30 Rockefeller Plaza

New York, NY 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369
Email: sbalber@chadbourne.com
 ptanck@chadbourne.com

**COUNSEL FOR PLAINTIFF ROCKWELL AUTOMATION TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

Dated: May 14, 2012                  /s/      Paul Tanck

Paul Tanck
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  PTanck@chadbourne.com

**ATTORNEY FOR PLAINTIFF**
**ROCKWELL AUTOMATION TECHNOLOGIES, INC.**