IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION TECHNOLOGIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SECURE CROSSING RESEARCH AND DEVELOPMENT INC., <br><br> *Defendant*. | Case No. 2:12-cv-10274-GCS-MKM <br><br> Honorable George Caram Steeh |

**STIPULATED AGREEMENT EXTENDING TIME
TO FILE PROPOSED PROTECTIVE ORDER**

It is hereby stipulated and agreed by and between Plaintiff Rockwell Automation Technologies, Inc. and Secure Crossing Research & Development Inc., by and through their respective counsel of record, as follows:

WHEREAS the parties have been ordered to file a proposed protective order with the Court on May 25, 2012;

WHEREAS, the parties have agreed to the terms of protective order in principle but require additional time to finalize such agreement;

THEREFORE THE PARTIES AGREE AND STIPULATE as follows:

The parties agree to file an stipulated proposed protective order on Tuesday, May 29, 2012.

\\

\\

\\

\\

\\

1

**WE SO STIPULATE**

Dated: May 25, 2012

| /s/ Paul Tanck | /S/ Arnold Weintraub |
|---|---|
| Michael Huget (P39159)<br>Deborah J. Swedlow (P67844)<br>Honigman Miller Schwartz & Cohen LLP<br>130 South First Street 4th Floor<br>Ann Arbor, MI 48108<br>Tel.: (734) 418-4254<br>Fax: (734) 418-4255<br>Email: mhuget@honigman.com<br>        bswedlow@honigman.com<br><br>Scott S. Balber<br>Paul J. Tanck<br>Lisa Schapira<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY  10112<br>Tel.:  (212) 408-5100<br>Fax:  (212) 230-8888<br>Email: sbalber@chadbourne.com<br>       ptanck@chadbourne.com<br>       lschapira@chadbounre.com<br><br>COUNSEL FOR PLAINTIFF<br>ROCKWELL AUTOMATION<br>TECHNOLOGIES, INC. | Arnold Weintraub (P22127)<br>David L. Oppenhuizen (P70219)<br>The Weintraub Group, PLC<br>28580 Orchard Lake Road, Suite 140<br>Farmington Hills, Michigan 48334<br>Tel.: (248) 865-9430<br>Fax:  (248) 865-9436<br>Email:  aweintraub@weintraubgroup.com<br>        doppenhuizen@weintraubgroup.com<br><br>COUNSEL FOR DEFENDANT<br>SECURE CROSSING RESEARCH &<br>DEVELOPMENT, INC. |

IT IS SO ORDERED.

                                   s/George Caram Steeh
                                   United States District Judge

Dated: May 29, 2012