UNITED STATES DISTRICT COURT
EASTERN DISCTICT OF MICHIGAN
SOUTHERN DIVISION

ROCKWELL AUTOMATION
TECHNOLOGIES, INC.

          Plaintiff,

v.

SECURE CROSSING
REASEARCH & DEVELOPMENT,
INCORPORATED,

          Defendant.

Case No. 2:12-cv-10274-GCS-MKM

Honorable George Caram Steeh

Magistrate Judge Mona K. Majzoub

## ORDER ALLOWING DEFENDANT AND DEFENDANT'S COUNSEL TO BRING A LAPTOP INTO THE COURT FOR PURPOSES OF THE TUTORIAL SCHEDULED BEFORE THE COURT ON JUNE 22, 2012

The Court having scheduled a tutorial presentation on June 22, 2012 in the above-captioned matter, and being otherwise fully apprised in this matter,

      IT IS SO ORDERED THAT Defendant and Defendant's counsel are permitted to bring a laptop computer into the Court on June 22, 2012 for purposes of presenting its tutorial as previously ordered by the Court.

                                s/George Caram Steeh
                                United States District Judge

Dated: June 18, 2012