UNITED STATES DISTRICT COURT
EASTERN DISCTICT OF MICHIGAN
SOUTHERN DIVISION

ROCKWELL AUTOMATION
TECHNOLOGIES, INC.

      Case No. 2:12-cv-10274-GCS-MKM

   Plaintiff,

      Honorable George Caram Steeh

v.

      Magistrate Judge Mona K. Majzoub

SECURE CROSSING
REASEARCH & DEVELOPMENT,
INCORPORATED,

   Defendant.

---

### ORDER PERMITTING PLAINTIFF'S COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE

  The Court having scheduled a tutorial presentation on June 21, 2012 in the above-captioned matter, and being otherwise fully apprised in this matter,

  IT IS SO ORDERED THAT counsel of record (Scott Balber, Paul Tanck and Deborah J. Swedlow) for Plaintiff are permitted to bring electronic equipment, including a laptop and projector, into the Courthouse on June 21, 2012 for purposes of presenting a scheduled tutorial for the Court.

          s/George Caram Steeh
          United States District Judge

Dated: June 19, 2012

11022227.1