# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION TECHNOLOGIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SECURE CROSSING RESEARCH AND DEVELOPMENT INC., <br><br> *Defendant*. | Case No. 2:12-cv-10274-GCS-MKM <br><br> Honorable George Caram Steeh |

## ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

The Court having considered Plaintiff Rockwell Automation Technologies, Inc.'s ("Rockwell") Administrative Motion for Leave to File Documents Under Seal, Rockwell may file documents under seal that contain information protected from disclosure pursuant to the Protective Order issued by this Court on May 31, 2012 (Docket 30.), in support of its opposition to Secure Crossing Research & Development Inc.'s Motion to Stay Proceedings Pending Ex Parte Reexamination of U.S. Patent No. 7,990,967.

IT IS SO ORDERED.

s/George Caram Steeh
United States District Judge

Dated: June 19, 2012