## **INDEX OF EXHIBITS**

Exhibit A - Plaintiffs First Set of Requests for the Production of Documents and Things served on April 24, 2012.

Exhibit B - Plaintiff's First set of Interrogatories served on April 24, 2012.

Exhibit C - Meet and Confer Correspondence