UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rockwell Automation
Technologies, Incorporated,

                Plaintiff(s),

v.                                          Case No. 2:12−cv−10274−GCS−MKM
                                               Hon. George Caram Steeh

Secure Crossing Research and
Development Incorporated,

                Defendant(s).
_____/

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Mona K. Majzoub for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion to Compel – #43

                                               s/ George Caram Steeh
                                               George Caram Steeh
                                               United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                               s/ M. Beauchemin
                                               Deputy Clerk

Dated:   June 27, 2012