UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rockwell Automation
Technologies, Incorporated,

Plaintiff(s),

v.                                                    Case No. 2:12–cv–10274–GCS–MKM
                                                      Hon. George Caram Steeh

Secure Crossing Research and
Development Incorporated,

Defendant(s),

_____

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

Motion to Compel – #43

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by
Magistrate Judge Mona K. Majzoub **without** oral argument.

- RESPONSE DUE:  July 24, 2012

- RESOLVED/UNRESOLVED ISSUES DEADLINE:  August 3, 2012

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of
record were served.

By: s/L. Bartlett_____
Case Manager

Dated:  July 3, 2012