UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rockwell Automation
Technologies, Incorporated,

                Plaintiff(s),

v.                                     Case No. 2:12–cv–10274–GCS–MKM
                                     Hon. George Caram Steeh

Secure Crossing Research and
Development Incorporated,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Mona K. Majzoub for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion for Protective Order – #50

                                  s/George Caram Steeh
                                  George Caram Steeh
                                  United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                  s/M. Beauchemin
                                  Deputy Clerk

Dated:   July 23, 2012