UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rockwell Automation
Technologies, Incorporated,

          Plaintiff(s),

v.                    Case No. 2:12–cv–10274–GCS–MKM
                     Hon. George Caram Steeh

Secure Crossing Research and
Development Incorporated,

          Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

    Motion for Protective Order – #50

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by Magistrate Judge Mona K. Majzoub *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

          By: s/L. Bartlett
               Case Manager

Dated:   July 25, 2012