**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>SECURE CROSSING RESEARCH AND DEVELOPMENT INC.,<br><br>*Defendant.* | Case No.  2:12-cv-10274-GCS-MKM<br><br>Honorable George Caram Steeh<br><br>Referred to Honorable Mona K Majzoub<br><br>[Oral Argument Requested] |

**SECOND DECLARATION OF LISA SCHAPIRA IN SUPPORT ROCKWELL**
**AUTOMATION TECHNOLOGIES, INC'S MOTION TO COMPEL DISCOVERY**

I, Lisa Schapira, declare as follows:

1.      I am an associate with the law firm of Chadbourne & Parke LLP, counsel to Plaintiff Rockwell Automation Technologies, Inc. ("Rockwell") in this action.  I make this declaration based on personal knowledge and in support of Rockwell's Motion to Compel Discovery from defendant Secure Crossing Research and Development Inc.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Secure Crossing's Response to Plaintiff's First Set of Requests for the Production of Documents served on July 19, 2012.

3.      Attached hereto as Exhibit 2 is a true and correct copy of an email exchange occurring between Counsel for Rockwell and Counsel for Secure Crossing on July 26, 2012.

4.       Attached hereto as Exhibit 3 is a true and correct copy of an email exchange occurring between Counsel for Rockwell and Counsel for Secure Crossing on June 14, 2012.

1

     5.     Attached hereto as Exhibit 4 is a true and correct copy of Secure Crossing's Response to Plaintiff's First Set of Interrogatories served on July 24, 2012.

     I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.

Dated:  July 30, 2012

/s/ Lisa Schapira
Lisa Schapira
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  ptanck@chadbourne.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

Dated:  July 30, 2012                    /s/      Lisa Schapira

Lisa Schapira
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  lschapira@chadbourne.com

**ATTORNEY FOR PLAINTIFF**
**ROCKWELL AUTOMATION TECHNOLOGIES, INC.**