**Index of Exhibits**

Exhibit 1 - Secure Crossing's Response to Plaintiff's First Set of Requests for the Production of Documents Served on July 19, 2012.

Exhibit 2 - Email exchange occurring between Counsel for Rockwell and Counsel for Secure Crossing on July 26, 2012.

Exhibit 3 - Email exchange occurring between Counsel for Rockwell and Counsel for Secure Crossing on June 14, 2012.

Exhibit 4 - Secure Crossing's Response to Plaintiff's First Set of Interrogatories Served on July 24, 2012.