# EXHIBIT 2

| | |
|---|---|
| **From:** | Arnie Weintraub [aweintraub@weintraubgroup.com] |
| **Sent:** | Thursday, July 26, 2012 5:09 PM |
| **To:** | Schapira, Lisa |
| **Subject:** | RE: Rockwell v. Secure Crossing: |

Please include Elana Gloetzner in all emails. She is at elana@wgplc.com. As you know discovery is ongoing, as responsive docs are found they will be produced. Without debating the issue, I do not know what you mean by "woefully deficient".

**From:** Schapira, Lisa [mailto:LSchapira@chadbourne.com]
**Sent:** Thursday, July 26, 2012 5:03 PM
**To:** Arnie Weintraub
**Cc:** Balber, Scott; Tanck, Paul
**Subject:** Rockwell v. Secure Crossing:

Mr. Weintraub:

Secure Crossing's production is woefully deficient. After delaying for more than three months, Secure Crossing has only produced around 70 documents, many of which are publically available. We need to understand why such little information has been produced. Please confirm the following:

(1) what custodians were searched;
(2) whether electronic and hard copy sources were searched;
(3) what search terms were applied to the ESI;
(4) whether Secure Crossing is withholding documents responsive to Rockwell's document requests aside from computer code, flow charts, and design specifications for the accused products;
(5) if additional responsive documents are being withheld please describe the nature of those documents and the reason they are being withheld; and
(6) the volume of documents being withheld because of Secure Crossing's concerns over confidentiality.

Thank you,
Lisa

**Lisa Schapira**
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-5478 | **fax** 646-710-5478
lschapira@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/lschapira.vcf

Please consider the environment before printing this email.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com