**Index of Exhibits**

Exhibit A – Rockwell's Request for Production of Documents served on April 24, 2012.

Exhibit B – Rockwell's Interrogatory Requests served on April 24, 2012.

Exhibit C – Secure Crossing's Response to Plaintiff's First Set of Requests for the Production of Documents Served on July 19, 2012.

Exhibit D – Secure Crossing's Response to Plaintiff's First Set of Interrogatories Served on July 24, 2012.

Exhibit E – Protective Order Entered on May 31, 2012 (Docket 30).

Exhibit F – May 11, 2012 Case Management Order (Docket 22)