IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SECURE CROSSING RESEARCH AND DEVELOPMENT INC., <br><br> *Defendant.* | Case No.  2:12-cv-10274-GCS-MKM <br><br> Honorable George Caram Steeh <br><br> Referred to Honorable Mona K Majzoub <br><br> [Oral Argument Requested] |

**DECLARATION OF LISA SCHAPIRA IN SUPPORT OF ROCKWELL AUTOMATION TECHNOLOGIES, INC'S RESPONSE TO DEFENDANT'S MOTION FOR A SUPPLEMENTAL PROTECTIVE ORDER**

I, Lisa Schapira, declare as follows:

1. I am an associate with the law firm of Chadbourne & Parke LLP, counsel to Plaintiff Rockwell Automation Technologies, Inc. ("Rockwell") in this action. I make this declaration based on personal knowledge and in support of Rockwell's Response to defendant Secure Crossing Research and Development Inc's ("Secure Crossing") Motion for a Supplemental Protective Order.

2. On April 24, 2012, Rockwell served Secure Crossing with document and interrogatory requests. Secure Crossing's responses to these Requests were due on May 28, 2012. Despite making repeated inquiries regarding these Requests, no responses were received on May 28, 2012. On July 19, 2012, Secure Crossing produced approximately 70 documents, most of where were publically available.

1

3. On June 1, 2012, Secure Crossing produced a handful of documents. SCR0001-SCR0599). This production consisted of: an introductory summary of Secure Crossing and its product, a white paper, an advertisement for the Zenwall product, a quick start guide and Zenwall user manual, and materials provided to the Patent and Trademark Office as part of its request for reexamination of the 7,990,967 Patent. Secure Crossing did not produce design and development specifications or source code detailing how the various features and functions of the accused products operate.

4. Attached hereto as Exhibit 1 is a true and correct copy of May 11, 2012 Case Management Order (Docket 22).

5. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the tutorial hearing held on June 21, 2012.

6. Attached hereto as Exhibit 3 is a true and correct copy of the deposition transcript of Randall Reeves that occurred on May 31, 2012.

7. Attached hereto as Exhibit 4 is a true and correct copy of a July 19, 2012 email exchange between A. Weintraub and L. Schapira. Counsel for Secure Crossing never provided a proposed supplemental protective order and instead filed a motion for a supplemental protective order later on July 19, 2012.

8. Attached hereto as Exhibit 5 is a true and correct copy of Stipulated Protective Order entered by the Court on May 31, 2012 (Docket 30).

9. Attached hereto as Exhibit 6 is a true and correct copy of a revised protective order that creates an "Outside Attorneys Eyes Only" designation.

I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.

Dated:  August 6, 2012 /s/ Lisa Schapira
Lisa Schapira
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  ptanck@chadbourne.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 6th day of August, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

Dated:  August 6, 2012                        /s/     Lisa Schapira

                                                            Lisa Schapira
                                                            CHADBOURNE & PARKE LLP
                                                            30 Rockefeller Plaza
                                                            New York, NY  10112
                                                            Tel.:  (212) 408-5100
                                                            Fax:  (212) 541-5369
                                                            Email:  lschapira@chadbourne.com

                                                            **ATTORNEY FOR PLAINTIFF**
                                                            **ROCKWELL AUTOMATION TECHNOLOGIES, INC.**