## Index of Exhibits

Exhibit 1 – May 11, 2012 Case Management Order (Docket 22).

Exhibit 2 – June 21, 2012 Hearing Transcript.

Exhibit 3 – May 31, 2012 Transcript of the Deposition of Randall Reeves.

Exhibit 4 – July 19, 2012 Email Exchange.

Exhibit 5 – Stipulated Protective Order Entered on May 31, 2012 (Docket 30).

Exhibit 6 – Revised Protective Order.