# EXHIBIT 4

| | |
|---|---|
| **From:** | Schapira, Lisa |
| **Sent:** | Thursday, July 19, 2012 3:46 PM |
| **To:** | Arnie Weintraub |
| **Cc:** | Tanck, Paul; Balber, Scott |
| **Subject:** | RE: Protective Order |

Arnie: please provide a proposed supplemental protective order so that we can consider the language.

**Lisa Schapira**
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-5478 | **fax** 646-710-5478
lschapira@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/lschapira.vcf

Please consider the environment before printing this email.

**From:** Arnie Weintraub [mailto:aweintraub@weintraubgroup.com]
**Sent:** Thursday, July 19, 2012 12:17 PM
**To:** Schapira, Lisa
**Cc:** Tanck, Paul; Balber, Scott
**Subject:** Protective Order

Lisa: I need your concurrence in a Supplemental Protective Order creating a "Safe Harbor" for the Secure Crossing computer code; product designs, flow charts, etc., whereby it can only be inspected by outside experts.
Arnie Weintraub

1