# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION TECHNOLOGIES, INC., <br><br>*Plaintiff,*<br><br>v.<br><br>SECURE CROSSING RESEARCH & DEVELOPMENT INC.,<br><br>*Defendant.* | Case No. 2:12-cv-10274-GCS-MKM<br><br>Honorable George Caram Steeh<br><br>**AFFIDAVIT OF DAVID L. OPPENHUIZEN** |

HONIGMAN MILLER SCHWARTZ AND COHN LLP
J. Michael Huget (P39150)
Deborah J. Swedlow (P67844)
130 South First Street 4th Floor
Ann Arbor, MI 48108
Phone: 734-418-4254
Fax: 734-418-4255
mhuget@honigman.com
bswedlow@honigman.com

CHADBOURNE & PARKE LLP
Paul J. Tanck
30 Rockefeller Plaza
New York, NY 10112
Phone: 212-408-5100
Fax: 212-541-5369
ptanck@chadbourne.com

Attorneys for Plaintiff Rockwell Automation Technologies, Inc.

THE WEINTRAUB GROUP, PLC
Arnold S. Weintraub (P22127)
David L. Oppenhuizen (P70219)
28580 Orchard Lake Road, Ste. 140
Farmington Hills, Michigan 48334
Phone: 248- 865-9430
Fax: 248-865-9436
aweintraub@weintraubgroup.com
doppenhuizen@weintraubgroup.com

Attorneys for Defendant Secure Crossing Research & Development, Inc.

I, David L. Oppenhuizen, being first duly sworn, depose and say that:

1. I am of the age of majority and I am competent to testify.

2. If called upon, I would testify as to the same scope and manner as set forth herein.

3. I am an attorney of record in the above captioned matter as well as an attorney registered to practice before the United States Patent & Trademark Office.

4. I am the attorney of record for the third party requestor of the Request for Re-examination presently pending before the United States Patent & Trademark Office, identified under Control No. 90012312, which is the Request for Re-examination of the U.S. Patent No. 7,990,967 ('967), the patent-in-suit.

5. On August 3, 2012, I initiated a phone call to the United States Patent & Trademark Office to determine the status of the Request for Re-examination.

6. I undertook this phone call because the Patent Office has published notices that all Ex Parte Requests for Re-examination would be acted upon within two months of the submittal, and the two months had passed.

7. I, personally, talked to a Ms. Sharon Hoppe, who is listed as a contact person at the United States Patent & Trademark Office in connection with this matter.

8. Ms. Hoppe advised me that an Office Action would be forthcoming by August 30, 2012.

9. Evidently the Patent Office bypassed the notice of accepting the Request for Re-examination and has gone directly to issuing an Office Action in connection with the Request for Re-examination.

2

10. The import of the forthcoming Office Action is that a substantial new question of patentability has been raised in the Request for Re-examination with respect to at least some of the claims, if not all of the claims of the patent-in-suit.

11. Based upon the United States Patent & Trademark Office statistics published on June 30, 2012, in 78% of all Ex Parte Requests for Re-examination, at least some of the claims are amended and/or ultimately canceled.

12. Because Rockwell has contended that 37 claims of the '967 patent are allegedly infringed by Secure Crossing, it is reasonable to conclude that at least some of those claims, if not all, will be the subject matter of the Office Action.

Further affiant sayeth naught.

Dated: 8/7/2012

David L. Oppenhuizen
Counsel for Secure Crossing
Research and Development, Inc.

Subscribed and sworn to before me on this 7th Day of August, 2012.

DENISE SINNHUBER
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Oct. 15, 2017
Acting in the County of Oakland

3