**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br><br>        *Plaintiff*,<br><br>v.<br><br>SECURE CROSSING RESEARCH & DEVELOPMENT INC.,<br><br>        *Defendant*. | Case No. 2:12-cv-10274-GCS-MKM<br><br>Honorable George Caram Steeh<br><br>**DEFENDANT'S NOTICE OF DENIAL OF REQUEST FOR REEXAMINATION** |

HONIGMAN MILLER SCHWARTZ
AND COHN LLP
J. Michael Huget (P39150)
Deborah J. Swedlow (P67844)
130 South First Street 4th Floor
Ann Arbor, MI 48108
Phone: 734-418-4254
Fax: 734-418-4255
mhuget@honigman.com
bswedlow@honigman.com


CHADBOURNE & PARKE LLP
Paul J. Tanck
30 Rockefeller Plaza
New York, NY 10112
Phone: 212-408-5100
Fax: 212-541-5369
ptanck@chadbourne.com

Attorneys for Plaintiff Rockwell
Automation Technologies, Inc.

THE WEINTRAUB GROUP, PLC
Arnold S. Weintraub (P22127)
David L. Oppenhuizen (P70219)
28580 Orchard Lake Road, Ste. 140
Farmington Hills, Michigan  48334
Phone: 248- 865-9430
Fax: 248-865-9436
aweintraub@weintraubgroup.com
doppenhuizen@weintraubgroup.com

Attorneys for Defendant Secure Crossing Research & Development, Inc.

This Notice is to advise the Court that the Request for Reexamination has been denied by the U.S. Patent and Trademark Office. However, there is a provision in the U.S. Patent Office Rules that permit a Petition for Reconsideration. Secure Crossing has 30 days to determine whether it will so petition. Once that decision is made, Secure Crossing will apprise the Court of its decision.

          Respectfully submitted,

Dated: August 27, 2012     /s/Arnold S. Weintraub
    Arnold S. Weintraub (P22127)
    THE WEINTRAUB GROUP, P.L.C.
    24901 Northwestern Hwy., Suite 311
    Southfield, Michigan 48075
    T: (248) 809-2005
    F: (248) 996-8405
    aweintraub@weintraubgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2012, I electronically filed the foregoing *DEFENDANT'S NOTICE OF DENIAL OF REQUEST FOR REEXAMINATION* with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/Denise Sinnhuber
Denise Sinnhuber
The Weintraub Group, P.L.C.
24901Northwestern Hwy., Suite 311
Southfield, MI 48075
T: (248) 809-2005
dsinnhuber@weintraubgroup.com

1