UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rockwell Automation
Technologies, Incorporated,

        Plaintiff(s),

v.              Case No. 2:12−cv−10274−GCS−MKM
               Hon. George Caram Steeh

Secure Crossing Research and
Development Incorporated,

        Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge George Caram Steeh at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 238, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  October 15, 2012 at 03:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

             By: s/M. Beauchemin
             Case Manager

Dated:   September 10, 2012