# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROCKWELL AUTOMATION TECHNOLOGIES, INC.,

        *Plaintiff*,

  v.

SECURE CROSSING RESEARCH AND DEVELOPMENT INC.,

        *Defendant*.

Case No. 2:12-cv-10274-GCS-MKM

Honorable George Caram Steeh

---

HONIGMAN MILLER SCHWARTZ AND COHN LLP
J. Michael Huget (P39150)
Deborah J. Swedlow (P67844)
130 South First Street 4th Floor
Ann Arbor, MI 48108
Phone: 734-418-4254
Fax: 734-418-4255
mhuget@honigman.com
bswedlow@honigman.com

CHADBOURNE & PARKE LLP
John M. Hintz (admission in E.D. Michigan pending)
Paul J. Tanck (admission in E.D. Michigan pending)
30 Rockefeller Plaza
New York, NY 10112
Phone: 212-408-5100
Fax: 212-541-5369
jhintz@chadbourne.com
ptanck@chadbourne.com

Attorneys for Plaintiff Rockwell Automation Technologies, Inc.

MILLER, CANFIELD, PADDOCK AND STONE, PLC
Richard A. Gaffin (P31406)
LeRoy L. Asher, Jr. (P37972)
99 Monroe Ave NW Suite 1200
Grand Rapids, MI 49503
Phone: 616-454-8656
Fax: 616-776-6322
gaffin@millercanfield.com
asher@millercanfield.com

THE WEINTRAUB GROUP, PLC
Arnold S. Weintraub (P22127)
David L. Oppenhuizen (P70219)
28580 Orchard Lake Road, Ste. 140
Farmington Hills, Michigan 48334
Phone: 248- 865-9430
Fax: 248-865-9436
aweintraub@weintraubgroup.com
doppenhuizen@weintraubgroup.com

Attorneys for Defendant Secure Crossing Research & Development, Inc.

## NOTICE OF APPEARANCE OF ELANA H. GLOETZNER

TO THE CLERK OF THE COURT:

 Please enter the appearance of Elana H. Gloetzner from Elana Weintraub Gloetzner, PLC as co-counsel for Defendant in the captioned matter.

             Respectfully submitted,

             /s/Elana H. Gloetzner
             Elana H. Gloetzner (P )
             Attorney for Defendant
             Elana Weintraub Gloetzner, PLC
             24901 Northwestern Hwy., Ste. 311
             Southfield, MI  48075
             Telephone:  248-945-0902
Dated: September 13, 2012     elana@wgplc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

             /s/ Dede Phillips
             Dede Phillips
             The Weintraub Group, P.L.C.
             28580 Orchard Lake Road, Suite 140
             Farmington Hills, MI 48334
             (248) 865-9430
             dphillips@weintraubgroup.com