IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>SECURE CROSSING RESEARCH AND DEVELOPMENT INC.,<br><br>*Defendant.* | Case No.  2:12-cv-10274-GCS-MKM<br><br>Honorable George Caram Steeh<br><br>Referred to Honorable Mona K Majzoub |

**STIPULATED ORDER TO SET ASIDE AGREED PROTECTIVE ORDER (DOCKET NO. 66) AND TO REINSTATE DEFENDANT'S MOTION FOR PROTECTIVE ORDER (DOCKET NO. 50)**

Plaintiff Rockwell Automation Technologies, Inc. and Defendant Secure Crossing Research and Development, Inc., by and through their attorneys of record, agree and stipulate as follows:

WHEREAS the proposed Protective Order, submitted by Defendant via the Court's ECF system on November 19, 2012, was not an agreed upon protective order.

WHEREAS entry of the November 19, 2012 Agreed Upon Protective Order (Docket No. 66) was in error.

WHEREAS the parties continue to negotiate the terms of an agreed upon protective order, which they will jointly submit if an agreement can be reached.

1

IT IS THEREFORE STIPULATED AND ORDERED that the Agreed Upon Protective Order (Docket No. 50) is set aside and removed from the docket and Defendant's Motion for Protective Order (Docket No. 50) is reinstated.

**s/George Caram Steeh**
**United States District Judge**

**Dated: November 28, 2012**

Respectfully Submitted and Stipulated by,

Dated: November 27, 2012

/s/ Deborah J. Swedlow

Michael Huget (P39159)
Deborah J. Swedlow (P67844)
Honigman Miller Schwartz & Cohen LLP
130 South First Street 4th Floor
Ann Arbor, MI 48108
Tel.: (734) 418-4254
Fax: (734) 418-4255
Email: mhuget@honigman.com
         bswedlow@honigman.com

Paul J. Tanck
Lisa Schapira
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 230-8888
Email: ptanck@chadbourne.com
         lschapira@chadbounre.com

COUNSEL FOR PLAINTIFF
ROCKWELL AUTOMATION
TECHNOLOGIES, INC.

/s/ Arnold Weintraub (with consent)

Arnold Weintraub (P22127)
David L. Oppenhuizen (P70219)
The Weintraub Group, PLC
28580 Orchard Lake Road, Suite 140
Farmington Hills, Michigan 48334
Tel.: (248) 865-9430
Fax:  (248) 865-9436
Email:  aweintraub@weintraubgroup.com
          doppenhuizen@weintraubgroup.com

COUNSEL FOR DEFENDANT
SECURE CROSSING RESEARCH &
DEVELOPMENT, INC.