UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rockwell Automation
Technologies, Incorporated,

                Plaintiff(s),

v.                                        Case No. 2:12–cv–10274–GCS–MKM
                                         Hon. George Caram Steeh

Secure Crossing Research and
Development Incorporated,

                Defendant(s),

_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Mona K. Majzoub for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

        Motion to Quash – #68

                                            s/George Caram Steeh
                                            George Caram Steeh
                                            United States District Judge

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                            s/M. Beauchemin
                                            Case Manager

Dated:   January 22, 2013