**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| ROCKWELL AUTOMATION TECHNOLOGIES, INC., <br> *Plaintiff*, <br> v. <br> SECURE CROSSING RESEARCH AND DEVELOPMENT INC., <br> *Defendant*. | Case No. 2:12-cv-10274-GCS-MKM <br><br> Honorable George Caram Steeh |

**STIPULATED ORDER EXTENDING TIME
TO FILE JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to stipulation, by and between Plaintiff Rockwell Automation Technologies, Inc. and Secure Crossing Research & Development Inc., by and through their respective counsel of record, it is hereby Ordered that:

WHEREAS the Court has issued a Scheduling Order dated October 30, 2012 (dkt. 65) setting a deadline of January 21, 2013 for filing the parties' Joint Claim Construction Statement;

WHEREAS, the parties, due to scheduling conflicts, have to date been unable to meet and confer as to the terms identified in the parties' respective preliminary claim construction statements;

WHEREFORE, it is ordered that:

For necessary and good cause, the parties' deadline to file the Joint Claim Construction Statement be extended to Thursday, January 31, 2013, this extension not to affect any other dates on the schedule.

\\

\\

\\

\\

\\

**WE SO STIPULATE**

Dated:  January 18, 2013

| | |
|---|---|
| /s/Deborah J. Swedlow | /s/Arnold S. Weintraub (with consent) |
| | |
| Michael Huget (P39159) | Arnold S. Weintraub (P22127) |
| Deborah J. Swedlow (P67844) | The Weintraub Group |
| Honigman Miller Schwartz & Cohen LLP | 24901 Northwestern Highway, Suite 311 |
| 130 South First Street 4th Floor | Southfield, Michigan 48075 |
| Ann Arbor, MI 48108 | Tel:     (248) 865-2500 |
| Tel.: (734) 418-4254 | Email:  aweintraub@weintraubgroup.com |
| Fax: (734) 418-4255 | |
| Email: mhuget@honigman.com | COUNSEL FOR DEFENDANT |
|           bswedlow@honigman.com | SECURE CROSSING RESEARCH & DEVELOPMENT, INC. |

Paul J. Tanck
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 230-8888
Email: ptanck@chadbourne.com


COUNSEL FOR PLAINTIFF
ROCKWELL AUTOMATION
TECHNOLOGIES, INC.


IT IS SO ORDERED.

                              s/George Caram Steeh
                              United States District Judge

Dated:  January 22, 2013