IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ROCKWELL AUTOMATION TECHNOLOGIES, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**SECURE CROSSING RESEARCH AND DEVELOPMENT INC.,**<br><br>*Defendant*. | Case No. 2:12-cv-10274-GCS-MKM<br><br>Honorable George Caram Steeh<br><br>Referred to Honorable Mona K. Majzoub |

### DECLARATION OF PAUL J. TANCK, ESQ. IN SUPPORT OF RESPONSE TO DEFENDANT'S MOTION TO QUASH OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER

I, Paul J. Tanck, Esq. declare as follows:

I am a partner with the law firm Chadbourne & Parke LLP, counsel to Plaintiff Rockwell Automation Technologies, Inc. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently thereto:

1.  Attached as Exhibit 1 is a true and correct copy of Defendant's Response to Plaintiff's First Set of Interrogatories.

2.  Attached as Exhibit 2 is a true and correct copy of a January 7, 2013 email from Paul J. Tanck to Chris Buechler's counsel, Eric Meyertons, Esq., which provided Mr. Meyertons with a copy of the Stipulated Protective Order entered in this lawsuit (Dkt. 30).

3.  Attached as Exhibit 3 is a true and correct copy of a January 15, 2013 email from Paul J. Tanck to Defendant's counsel, Elana Weintraub Gloetzner, Esq.

4. Attached as Exhibit 4 is a true and correct copy of an Order Granting Rockwell Automation Technologies, Inc.'s Motion to Compel Discovery in the United States District Court for the Western District of Texas, Austin Division, dated January 29, 2013, for Case No. A13MC0054SS.

5. To date, Mr. Buechler has not served written objections to the subpoena *duces tecum* or subpoena *ad testificandum*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of January, 2013 at New York, NY.

/s/ Paul Tanck

Paul J. Tanck

CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369
Email: ptanck@chadbourne.com

**ATTORNEY FOR PLAINTIFF
ROCKWELL AUTOMATION TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 31st day of January, 2013 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

Dated: January 31, 2013            /s/ Deborah J. Swedlow
                                             HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                             130 S. First Street – 4th Floor
                                             Ann Arbor, MI  48104-1386
                                             Tel:   (734) 418.4268
                                             Fax:   (734) 418.4269
                                             Email: bswedlow@honigman.com