IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ROCKWELL AUTOMATION TECHNOLOGIES, INC.,**

*Plaintiff*,

v.

**SECURE CROSSING RESEARCH AND DEVELOPMENT INC.,**

*Defendant*.

Case No. 2:12-cv-10274-GCS-MKM

Honorable George Caram Steeh

Referred to Honorable Mona K. Majzoub

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1. | Secure Crossing's Response to Plaintiff's First Set of Interrogatories |
| 2. | January 7, 2013 Tanck email to Meyertons transmitting Protective Order |
| 3. | January 15, 2013 Tanck email to Gloetzner and Weintraub |
| 4. | Order Granting Rockwell's Motion to Compel in W.D. Tex. |