# EXHIBIT 4

FILED
2013 JAN 29 PM 3: 16
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION TECHNOLOGIES, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>CHRIS BUECHLER,<br><br>*Defendant*. | Case No. **A13MC0054SS**<br><br>(Case pending in E.D. Michigan, case no. 2:12-cv-10274) |

### ORDER GRANTING ROCKWELL AUTOMATION TECHNOLOGIES, INC.'S MOTION TO COMPEL DISCOVERY

Having reviewed the submission of counsel, IT IS HEREBY ORDERED that Rockwell Automation Technology, Inc.'s Motion to Compel Discovery is GRANTED. Subject to the terms set forth in Exhibit C to the motion, Chris Buechler is directed to deliver or make available the subpoenaed documents to Rockwell's counsel as soon as reasonably possible, but no later than February 5, 2013.

IT IS SO ORDERED.

Dated: January 29, 2013

Sam Sparks
United States District Judge

4