# EXHIBIT A

Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)

EXHIBIT A TO JOINT CLAIM CONSTRUCTION STATEMENT

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "protocol"<br><br>Claims 1-2, 4-12, 14, 17-19, 28 (note: "IP" is an acronym for "Internet Protocol") 43-44, 46-54, 56, 59 (note: "IP" is an acronym for "Internet Protocol") | A set of conventions governing the treatment and especially the formatting of data in an electronic communications system | A set of conventions governing the treatment or formatting of data in an electronic communications system | Merriam-Webster® Electronic Dictionary version 6.3, copyright 1996-2007 Paragon Software Group® (Based on Merriam-Webster's Unabridged Dictionary).<br><br>For the definition of "IP" as "Internet Protocol," see the '967 patent at col. 1, lines 54-56. | Merriam-Webster® Electronic Dictionary version 6.3, copyright 1996-2007 Paragon Software Group® (Based on Merriam-Webster's Unabridged Dictionary).<br><br>For the definition of "IP" as "Internet Protocol," see the '967 patent at col. 1, lines 54-56. |

1

**Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)**

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "packet" Claims 1-2, 4-10, 13-14, 17-18, 43-44, 46-51, 54, 56 | A block of data transmitted across a network. | A block or unit of data that can be transmitted via a network | The New Oxford American Dictionary (Second Edition) copyright 2005 by Oxford University Press, Inc., ebook copyright 2008. | See '967 patent at Fig. 2, Fig. 18, Fig. 21, Figs. 23-25; 1:59-2:28, 4:55-5:5; 14:60-16:12 See also, Microsoft Computer Dictionary, 5th Ed. (2002), available at http://www.assaabloyamericasuniversity.com/Other/AssaAbloyAmericasUniv/Library/Reference%20Docs/Computer%20Dictionary.pdf |
| "restricting" Claims 1, 5, 6, 13, 17, 18, 43, 56 | Preventing. | Preventing, limiting, or regulating | See '967 patent at, e.g., Fig. 4, blocks 76, 78, 80, and 82; Fig. 9, blocks 108, 110, 112, and 114, and at col. 18, lines 53-62. | See '967 patent at 6:27-31; 10:27-60 |

2

**Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)**

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "resource"<br><br>Claims 1-6, 9-10, 14-15, 17-19, 43-48, 51, 54, 56 | A computer-related entity, either hardware, a combination of hardware and software, software, or software in execution, a processor, an "object," an executable, a thread of execution, a program, a microprocessor, a processing unit and/or computer, and hardware (e.g., a sensor or actuator) performing a process, etc. | A computer-related entity, either hardware, a combination of hardware and software, software, or software in execution, examples include but are not limited to a processor, an "object," an executable, a thread of execution, a program, a microprocessor, a processing unit and/or computer, and hardware (e.g., a sensor or actuator) performing a process, etc. | See '967 patent at col. 12, lines 52-59. [Note that the terms "device" and "resource" are defined in this passage as though they are synonymous.] | See '967 patent at 12:52-59 |
| "a second protocol packet"<br>Claims 1, 43 | Data embedded in the first protocol packet | A packet configured according to a second protocol | See above re: "protocol" and "product". | See '967 patent at Fig. 18 (304, 306, 308, 312, 314, 316 and 318); 10:5-8; 31:65-32:44 |
| "at least first and second protocols"<br><br>Claims 1, 43 | See "protocol" above. | at least first and second protocols | | See '967 patent at Fig. 18; 10:2-8; 31:36-32:44 |

3

**Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)**

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "a second protocol packet embedded in the first protocol data field"  Claims 1, 43 | A portion of a block of data formatted according to an arbitrary convention. | Second protocol packet embedded in the first protocol data field | See above. | See '967 patent at Fig. 18 (300, 304, 306, 308, 312, 314, 316 and 318); 10:2-8; 31:58-32:44 |
| "other resources"  Claim 10 | Resources that are not recited in Claims 1 and 2. | Resources other than the source resource | See above. | See '967 patent at 12:52-59 |

4

**Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)**

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "Data Highway Plus protocol"<br><br>Claim 12 | A proprietary protocol owned by Rockwell Automation or a subsidiary company.. | A specific protocol known as Data Highway Plus | "Abbreviation: DH+ \| Definition: Data Highway Plus. Allen-Bradley proprietary network protocol." From page P-3 of DF1 "Protocol and Command Set Reference Manual," Allen-Bradley, 1770-6.5.16, October, 1996<br><br>Also, "The following are trademarks of Rockwell Automation. Data Highway Plus, … DH+, …". PLC-5® Controllers - Proven Solutions You Can Build On," page 11, Rockwell Automation, Inc., Copyright 2005, Publication 1785-BR002D-EN-P, September 2005. | "Abbreviation: DH+ \| Definition: Data Highway Plus. Allen-Bradley proprietary network protocol." From page P-3 of DF1 "Protocol and Command Set Reference Manual," Allen-Bradley, 1770-6.5.16, October, 1996 |

5

**Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)**

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "common industrial protocol"<br><br>Claim 12 | A protocol trademarked (CIP™) by Open DeviceNet Vendor Association, Inc. | A protocol supported by ODVA that is commonly used for industrial automation applications | "CIP, ... [is a trademark] of Open DeviceNet Vendor Association, Inc." From third (unnumbered) page of PDF file entitled "The Common Industrial Protocol (CIP™) and the Family of CIP Networks," Publication Number PUB00123R0, Copyright 2006, Open DeviceNet Vendor Association, Inc. (ODVA). | See EtherNet/IP Quick Start for Vendors Handbook, Open DeviceNet Vendor Association, Inc. (ODVA) (2008) http://www.odva.org/portals/0/library/publications_numbered/pub00213r0_ethernetip_developers_guide.pdf |
| "the step of restricting includes transmitting as a function of specified priorities and packet characteristics"<br><br>Claim 13 | Packets are either transmitted or not transmitted as a function of specified priorities and packet characteristics. | the step of restricting includes transmitting as a function of specified priorities and packet characteristics | See claim term "restricting" above. | See '967 Patent at Fig. 1, Fig. 9, Figs. 11-12, 23:19-65 |

6

**Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)**

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "a source resource"  Claim 14 | A source resource, wherein the resource is a computer-related entity, either hardware, a combination of hardware and software, software, or software in execution, a processor, an "object," an executable, a thread of execution, a program, a microprocessor, a processing unit and/or computer, and hardware (e.g., a sensor or actuator) performing a process, etc. | A source resource  (definition of resource provided above) | See resource, above. | See '967 patent at Fig. 18 (302); 1:56-64; 6:36-44; 6:62-7:3; 12:52-59 |

**Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)**

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "the path resources" Claim 17 | Resources functionally related to determining a path, accessing a path, or transmitting data along a path. | Resources on a path through a communications network to a final destination resource | Plain meaning; see resource, above | See '967 patent at Abstract; Fig. 15; Fig. 18 (312, 314, 316, 318); 7:15-23; 10:14-40 |
| "the access control information associated with each of the path resources" Claim 17 | Access control information "associated with" each of the path resources, with "path resources" as defined above. | the access control information associated with each of the path resources | | See '967 patent at Fig. 15; 7:15-8:50; 9:65-10:60 |
| "a first protocol packet source" Claim 18 | See definition of "protocol" above. | a first protocol packet source | | See '967 patent at Fig. 18 (302); 1:56-64; 6:36-44; 6:62-7:3; 12:52-59 |

8

**Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)**

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "a source device"  Claim 28 | A computer-related entity, either hardware, a combination of hardware and software, software, or software in execution, a processor, an "object," an executable, a thread of execution, a program, a microprocessor, a processing unit and/or computer, and hardware (e.g., a sensor or actuator) performing a process, etc. | A computer-related entity, either hardware, a combination of hardware and software, software, or software in execution from which a packet is sent, examples include but are not limited to a processor, an "object," an executable, a thread of execution, a program, a microprocessor, a processing unit and/or computer, and hardware (e.g., a sensor or actuator) performing a process, etc. | See "a source resource" above. | See '967 patent at Fig. 18 (302); 1:56-64; 6:36-44; 6:62-7:3; 12:52-59 |
| "the related at least one object"  Claims 28, 59 | An element of the target device. | An element of the target device. | Col. 15, lines 9-16 | See '967 patent at 8:51-9:2; 44:23-24; 49:43-44 |

9

**Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)**

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "a class"<br><br>Claim 29, 60 | An arbitrary division in which a device is categorized. | A categorization of objects based on one or more common properties | Merriam-website online dictionary; 29:26-36 | See '967 Patent at Fig. 19; Fig. 28; 9:3-5; 29:26-30:55. See also, EtherNet/IP Quick Start for Vendors Handbook, Open DeviceNet Vendor Association, Inc. (ODVA) (2008) http://www.odva.org/portals/0/library/publications_numbered/pub00213r0_ethernetip_developers_guide.pdf, pp.8-9 |

**Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)**

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "an attribute of a class" Claim 29, 60 | An arbitrary division in which a device is categorized. | A property associated with a class | See "a class" above. | See '967 Patent at Fig. 19; Fig. 28; 9:3-5; 29:26-30:55. See also, EtherNet/IP Quick Start for Vendors Handbook, Open DeviceNet Vendor Association, Inc. (ODVA) (2008) http://www.odva.org/portals/0/library/publications_numbered/pub00213r0_ethernetip_developers_guide.pdf, pp.8-9 |

**Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)**

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "an instance of a class" Claim 29, 60 | A specific individual element belonging to a class. | An object associated with a class | See "a class" above. | See '967 Patent at Fig. 19; Fig. 28; 9:3-5; 29:26-30:55. See also, EtherNet/IP Quick Start for Vendors Handbook, Open DeviceNet Vendor Association, Inc. (ODVA) (2008) http://www.odva.org/portals/0/library/publications_numbered/pub00213r0_ethernetip_developers_guide.pdf, pp.8-9 |
| "a subset of destination resources" Claim 45 | A set each of whose elements is an element of an inclusive set of destination resources | A subset of destination resources | Merriam website online dictionary. | See '967 Patent, 5:56-61; 6:12-14; 7:24-8:42; 39:53-61 |
| "identifiable directly" Claim 49 | Establishing the identity in a direct manner. | Capable of establishing the identity in a direct manner | Merriam website online dictionary. | See '967 Patent at Figs. 2-3; Figs. 10-11; Fig. 28; 6:32-35 |

12

**Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)**

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "characteristics other than those identifiable directly" Claim 50 | characteristics that are not identifiable directly. | Characteristics that are not capable of being identified directly | See "identifiable directly" above. | See '967 Patent at Figs. 2-3; Figs. 10-11; Fig. 28; 6:36-39 |
| "common industrial protocol (CIP)" Claim 53 | A protocol trademarked (CIP™) by Open DeviceNet Vendor Association, Inc. | A protocol supported by ODVA that is commonly used for industrial automation applications | "CIP, ... [is a trademark] of Open DeviceNet Vendor Association, Inc." From third (unnumbered) page of PDF file entitled "The Common Industrial Protocol (CIP™) and the Family of CIP Networks," Publication Number PUB00123R0, Copyright 2006, Open DeviceNet Vendor Association, Inc. (ODVA). | See EtherNet/IP Quick Start for Vendors Handbook, Open DeviceNet Vendor Association, Inc. (ODVA) (2008) http://www.odva.org/portals/0/library/publications_numbered/pub00213r0_ethernetip_developers_guide.pdf |

**Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)**

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "Data Highway Plus protocol"<br><br>Claim 53 | A proprietary protocol owned by Rockwell Automation or a subsidiary company. | A specific protocol known as Data Highway Plus | "Abbreviation: DH+ \| Definition: Data Highway Plus. Allen-Bradley proprietary network protocol." From page P-3 of DF1 "Protocol and Command Set Reference Manual," Allen-Bradley, 1770-6.5.16, October, 1996<br><br>Also, "The following are trademarks of Rockwell Automation. Data Highway Plus, ... DH+, ...". PLC-5® Controllers - Proven Solutions You Can Build On," page 11, Rockwell Automation, Inc., Copyright 2005, Publication 1785-BR002D-EN-P, September 2005. | "Abbreviation: DH+ \| Definition: Data Highway Plus. Allen-Bradley proprietary network protocol." From page P-3 of DF1 "Protocol and Command Set Reference Manual," Allen-Bradley, 1770-6.5.16, October, 1996 |

14

**Rockwell Automation Techs., Inc. v. Secure Crossing Research and Dev. Inc., Case No. 2:12-cv-11-10274-GCS-MKM (E.D. Mich.)**

| 7,990,967 ('967 patent) Claim Term | Defendant's Proposed Construction | Rockwell's Proposed Construction (Rockwell's proposed constructions are the plain and ordinary meaning of the terms, however Rockwell also includes here alternative constructions should the Court feel further construction is warranted) | Defendant's Support | Rockwell's Support |
|---|---|---|---|---|
| "the source"  Claim 59, 61, 62 | source device. | The source | Cl. 59 preamble | See '967 patent at Fig. 18 (302); 1:56-64; 6:36-44; 6:62-7:3; 12:52-59 |