UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rockwell Automation
Technologies, Incorporated,

                              Plaintiff(s),

v.                                                    Case No. 2:12–cv–10274–GCS–MKM
                                                      Hon. George Caram Steeh

Secure Crossing Research and
Development Incorporated,

                              Defendant(s),
_____

### NOTICE OF TELEPHONIC CONFERENCE

   PLEASE TAKE NOTICE that a telephonic conference has been scheduled before
Magistrate Judge Mona K. Majzoub as follows:

   • STATUS CONFERENCE:  February 1, 2013 at 10:00 AM

   The conference shall be initiated by Arnold Weintraub.

   If possible, please refrain from the use of cell phones.  If a party wishes to be called at a
number other than the one listed on the docket, please give that information to the party
initiating the call.

   **ADDITIONAL INFORMATION:**    Conference call is regarding Defendant's Motion to
Quash or, in the alternative for Protective Order

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of
record were served.

                              By: s/L. Bartlett_____
                                    Case Manager

Dated:  January 31, 2013