**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ROCKWELL AUTOMATION
TECHNOLOGIES, INC.,

                *Plaintiff*,

     v.

SECURE CROSSING RESEARCH
AND DEVELOPMENT INC.,

                *Defendant*.

Case No. 2:12-cv-10274-GCS-MKM

Honorable George Caram Steeh
Magistrate Mona K. Majzoub

<u>**SUPPLEMENTAL NOTICE TO COURT**</u>

On February 4, 2013, Plaintiff Rockwell Automation Technologies, Inc. notified the Court (Docket No. 77) that the parties had been unable to reach an agreement on a Stipulated Protective Order, which was the subject of the Court's February 1, 2013 Order. Concurrent with that Notice, Plaintiff submitted a proposed Protective Order for the Court's review (and which the Court entered at Docket No. 80 on today's date). Subsequent to the filing of Plaintiff's Notice, Defendant Secure Crossing filed a Notice (Docket No. 78) in which, among other things, it questioned the conduct of counsel for Plaintiff during the negotiation of the Protective Order draft. Plaintiff objects to and disputes Defendant's characterization of what took place during the negotiations and is available, at the Court's convenience, to discuss the matter. Relatedly, while the Court's Protective Order at Docket No. 80 may address certain of Defendant's concerns raised in Defendant's Motion to Quash (Docket No. 68) and Motion for a Protective Order (Docket No. 50), Plaintiff believes the Court's intervention and assistance is still required for resolution of Plaintiff's Motion to Compel (Docket No. 43).

Dated: February 5, 2013

/s/ Deborah J. Swedlow

J. Michael Huget (P39150)
Deborah J. Swedlow (P67844)
HONIGMAN MILLER SCHWARTZ AND
COHN LLP
130 S. First Street – 4th Floor
Ann Arbor, MI  48104-1386
Tel:    734.418.4268
Fax:    734.418.4269
Email: mhuget@honigman.com
        bswedlow@honigman.com


Paul J. Tanck
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:    (212) 408-5100
Fax:     (212) 541-5369
Email: ptanck@chadbourne.com

**COUNSEL FOR PLAINTIFF ROCKWELL
AUTOMATION TECHNOLOGIES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February, 2013 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

Dated:  February 5, 2013          /s/ Deborah J. Swedlow
                                  HONIGMAN MILLER SCHWARTZ AND
                                  COHN LLP
                                  130 S. First Street – 4th Floor
                                  Ann Arbor, MI  48104-1386
                                  Tel:    (734) 418.4268
                                  Fax:    (734) 418.4269
                                  Email:  bswedlow@honigman.com