UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCKWELL AUTOMATION
TECHNOLOGIES, INC.,

       Plaintiff,

v.

       Case No. 12-10274
       HON. GEORGE CARAM STEEH

SECURE CROSSING RESEARCH
AND DEVELOPMENT, INCORPORATED,

       Defendant.
_____/

## ORDER OVERRULING DEFENDANT'S OBJECTIONS (#85, #86)

Presently before the court are defendant's objections to Magistrate Judge Majzoub's order granting plaintiff's motion to compel discovery (#85) and to Magistrate Judge Majzoub's order denying defendant's motion to quash (#86). The court has reviewed the relevant papers and believes defendant's arguments are without merit. 28 U.S.C. § 636(b)(1)(A) provides that a district judge may reconsider a non-dispositive order from a magistrate judge "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." Federal Rule of Civil Procedure 72(a) provides that a district judge "must consider timely objections [to a non-dispositive order] and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Because defendant has failed to show that Magistrate Judge Majzoub's orders are clearly erroneous or contrary to law, this court OVERRULES defendant's objections.

       SO ORDERED.

Dated: March 14, 2013

                                   s/George Caram Steeh
                                   GEORGE CARAM STEEH
                                   UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 14, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk