UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCKWELL AUTOMATION
TECHNOLOGIES, INC.,

       Plaintiff,                          Case No. 12-10274
                                               HON. GEORGE CARAM STEEH
v.

SECURE CROSSING RESEARCH
AND DEVELOPMENT, INCORPORATED,

       Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION
### TO COMPEL EXPERT DISCOVERY (#87)

Presently before the court is plaintiff's emergency motion to compel expert discovery. It appears defendant has failed to disclose the excerpted written material from Randy Reeves reviewed by Debra Deutsch in reaching her conclusions. For the reasons set forth in plaintiff's motion, plaintiff's emergency motion to compel expert discovery is GRANTED. Counsel for defendant is ordered to respond to plaintiff's emergency motion by producing the requested discovery by 2:00 p.m. on Friday, March 15, 2013.

       SO ORDERED.

Dated: March 14, 2013

                                               s/George Caram Steeh
                                               GEORGE CARAM STEEH
                                               UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 14, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk