UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCKWELL AUTOMATION
TECHNOLOGIES, INC.

      Plaintiff,

v.

      CASE NO. 2:12-CV-10274
      HONORABLE GEORGE CARAM STEEH

SECURE CROSSING RESEARCH
AND DEVELOPMENT, INC.,

      Defendant.
_____/

**ORDER SETTING STATUS CONFERENCE AND
DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO STAY (Doc. 100)**

Four motions are currently pending in this patent infringement action. Plaintiff's motion to amend to add its parent corporation (Doc. 94) as a named plaintiff, and defendant's emergency motion for protective order and temporary stay of discovery (Doc. 93) are set for hearing on May 21, 2013. On April 22, 2013, defendant filed two additional motions: a motion to dismiss for lack of subject matter jurisdiction (Doc. 98) and an emergency motion to stay discovery pending resolution of its motion to dismiss. (Doc. 100). Defendant has asked for an emergency hearing on its motion to stay discovery. The parties hereby are directed to appear for a STATUS CONFERENCE on Thursday, May 2, 2013 at 11:00 a.m. and are ORDERED to be prepared to discuss all pending motions at that time. Defendant's emergency motion to stay discovery (Doc. 100) hereby is DENIED WITHOUT PREJUDICE.

      SO ORDERED.

Dated: April 22, 2013

          <u>s/George Caram Steeh</u>
          GEORGE CARAM STEEH
          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 22, 2013, by electronic and/or ordinary mail.

<u>s/M. Beauchemin</u>
Deputy Clerk

---